IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

_____
                                                            :
IN RE CONAGRA PEANUT BUTTER      :   Civil Action No.
PRODUCTS LIABILITY LITIGATION       :   1:07-mdl-1845 TWT
_____:   ALL CASES


**CLASS MEMBERS' EXPERT WITNESS DISCLOSURE OF
DONALD FERNHOLZ AND CARL REYNOLDS**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the plaintiffs hereby disclose and submit the opinions of Donald Fernholz and Carl Reynolds in conjunction with their motion for class certification. Mr. Fernholz and Mr. Reynolds' expertise and experience, upon which they base opinions, are outlined in their CVs, which are attached as Exhibits 1 and 2. The list of cases in which they have testified in the past four years is attached as Exhibit 3. Mr. Fernholz and Mr. Reynolds' opinions in this matter are outlined in their report, which is attached hereto as Exhibit 4. In addition to the opinions contained in the report, Mr. Fernholz and Mr. Reynolds may opine on the opinions or testimony of experts or witnesses offered by the defendant. Mr. Fernholz and Mr. Reynolds are being compensated at a rate of $400.00 an hour for their work on this case.

740592.1

**FILED this 6th day of December, 2007.**

Respectfully submitted by,

/s/ Kathryn E. Barnett
Kathryn E. Barnett

| | |
|---|---|
| Elizabeth J. Cabraser<br>Plaintiffs' Lead Counsel<br>**LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415)956-1008 | **LIEFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>Suite 1650, One Nashville Place<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965 |
| Robert H. Smalley, III<br>Plaintiffs' Liaison Counsel<br>**MCCAMY, PHILLIPS, TUGGLE &**<br>**FORDHAM, LLP**<br>411 West Crawford St.<br>P.O. Box 1105<br>Dalton, Georgia 30722<br>Telephone: (706) 278-4499<br>Facsimile: (706) 278-5002 | Craig G. Harley<br>**CHITWOOD HARLEY HARNES LLP**<br>2300 Promenade II<br>1230 Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 873-3900<br>Facsimile: (404) 876-4476 |
| S. Randall Hood<br>**MCGOWAN, HOOD, FELDER &**<br>**JOHNSON**<br>1539 Health Care Drive<br>Rock Hill, SC 29732<br>Telephone: (803) 327-7800<br>Facsimile: (803) 328-5656 | Clay Jenkins<br>**JENKINS & JENKINS, PC**<br>516 W. Main Street<br>Waxahachie, Texas 75165<br>Telephone: (972) 938-1234<br>Facsimile: (972) 938-7676 |
| M. David Karnas<br>**BELLOVIN & KARNAS, PC**<br>131 East Broadway Blvd.<br>Tucson, AZ 85701<br>Telephone: (520) 571-9700<br>Facsimile: (520) 571-8556 | Seth Lesser<br>**LOCKS LAW FIRM**<br>110 East 55th St.<br>12th Floor<br>New York, NY 10022<br>Telephone: (212) 838-3333<br>Facsimile: (212) 838-3735 |

740592.1

| | |
|---|---|
| A. James Andrews, Esq.<br>905 Locust Street<br>Knoxville, Tennessee 37902<br>Telephone: (865) 660-3993<br>Facsimile: (865) 523-4623 | Daniel Becnel, Jr.<br>**LAW OFFICE OF DANIEL BECNEL, JR.**<br>P.O. Drawer H<br>Reserve, Louisiana 70084<br>Telephone: (985) 536-1186<br>Facsimile: (985) 536-6445 |
| Garrett Blanchfield, Jr.<br>**REINHARDT, WENDORF & BLANCHFIELD**<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, Minnesota 55101<br>Telephone: (651) 287-2100<br>Facsimile: (651) 287-2103 | Bryan N. Cigelske<br>**MCCAIN LAW FIRM**<br>324 East Main Street<br>Cartersville, Georgia 30120<br>Telephone: (706) 226-4767<br>Facsimile: (706) 226-4768 |
| Paul Crouch<br>**BAILEY & GALYEN**<br>1900 W. Airport Freeway<br>Bedford, Texas 76022<br>Telephone: (817) 868-5500<br>Facsimile: (817) 545-4424 | Jeff S. Daniel<br>**LAW OFFICE OF JEFF S. DANIEL, PC**<br>P.O. Box 131323<br>Birmingham, Alabama 35213<br>Telephone: (205) 531-1287<br>Facsimile: (205) 327-5773 |
| Rick DiGiorgio<br>**CORY, WATSON, CROWDER & DEGARIS, PC**<br>2131 Magnolia Ave., South, Suite 200<br>Birmingham, Alabama 35255<br>Telephone: (205) 328-2200<br>Facsimile: (205) 324-7896 | Corey Holzer<br>**HOLZER & HOLZER, LLC**<br>117 Perimeter Center West<br>Suite E-107<br>Atlanta, Georgia 39338<br>Telephone: (770) 392-0090<br>Facsimile: (770) 392-0029 |
| Jeffrey A. Klafter<br>**KLAFTER & OLSEN, LLP**<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, New York 10605<br>Telephone: (914) 997-5656 | Roger W. Orlando<br>**THE ORLANDO FIRM, P.C.**<br>315 West Ponce de Leon Ave., Suite 400<br>Decatur, Georgia 30030<br>Telephone: (404) 373-1800 |

740592.1

| | |
|---|---|
| Facsimile: (914) 997-2444 | Facsimile: (404) 373-6999 |
| | |
| Dennis G. Pantazis | Peter Protopapas |
| **WIGGINS, CHILDS, QUINN & PANTAZIS, LLC** | **LEWIS & BABCOCK, LLP** |
| The Kress Building | 1513 Hampton Street |
| 301 19th Street North | Columbia, South Carolina 29201 |
| Birmingham, Alabama 35203 | Telephone: (803) 771-8000 |
| Telephone: (205) 314-0500 | Facsimile: (803) 733-3534 |
| Facsimile: (205) 254-1500 | |

## MDL COORDINATED COUNSEL

| | |
|---|---|
| Wm. Gregory Dobson | Jason S. Kilene |
| Morriss, Lober & Dobson, LLC | Gustafson Gluek PLLC |
| 830 Mulberry Street, Suite 201 | 650 Northstar East |
| Macon, Georgia 31201 | 608 Second Avenue South |
| Telephone: (912) 745-7700 | Minneapolis, MN 55402 |
| Facsimile: (912) 745-4888 | Telephone: (612) 333-8844 |
| | Facsimile: (612) 333-6622 |
| | |
| Brian W. Smith | Marc Aaron Wites |
| Smith, Vanture, & Bogani, LLP | Law Offices of Wites & Kapetan |
| 1615 Forum Place | 4400 North Federal Highway |
| West Palm Beach, FL 33401 | Lighthouse Point, Florida 33064 |
| Telephone: (561) 684-6330 | Telephone: (954) 570-8989 |
| Facsimile: (561) 688-0630 | Facsimile: (954) 354-0205 |

740592.1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

_____

|  |  |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | Civil Action No. 1:07-mdl-1845 TWT |
|  | ALL CASES |

_____

## CERTIFICATE OF SERVICE

NOW COMES the undersigned and hereby swears that a true and correct copy of the within and foregoing Expert Disclosure of Donald Fernholz and Carl Reynolds was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Additionally, I hereby certify that on this 6th day of December, 2007 a true and correct PDF copy of Expert Disclosure of Donald Fernholz and Carl Reynolds was served upon Defendants' Liaison Counsel via electronic mail, as set forth hereinbelow:

Angela M. Spivey, Esq.
aspivey@mcguirewoods.com

Bethany G. Lukitsch

740592.1

blukitsch@mcguirewoods.com

James F. Neale
jneale@mcguirewoods.com

Respectfully submitted this 6th day of December, 2007.

/s/ Kathryn E. Barnett
Kathryn E. Barnett

In accordance with Local Rule 5.1 (C) (3), I hereby certify that the formatting for filing herein is Times New Roman, 14 point.

740592.1