IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 1:07-MD-1845-TWT |
| ********************* | ********************* |
| CINDY CARMOUCHE, et al., Plaintiffs, v. CONAGRA FOODS, INC., Defendant. | CIVIL ACTION NO. 1:09-CV-01030-TWT |

## **FINAL JUDGMENT AND DISMISSAL ORDER**

IT IS HEREBY ORDERED, pursuant to the Court's Order of March 5, 2010, that Defendant's Motion to Deem Admitted Defendant's First Request for Admission and Defendant's Motion for Summary Judgment are GRANTED as to plaintiffs:

| **Plaintiff Name** |
|---|
| Lezu-Litteral, Sherri o/b/o S.A., minor |
| Douglas, Leonard |
| Lezu, Justin |

| Plaintiff Name |
|---|
| Lezu-Litteral, Sherri |
| Sirbaugh, Susan o/b/o M.S., minor |
| Sirbaugh, Susan |

This Order shall have no effect on the claims of any plaintiffs other than those asserted above.

IT IS SO ORDERED.  This judgment is final as to the dismissed plaintiffs.

DATED this 22nd day of March, 2010.

>/s/Thomas W. Thrash
> Hon. Thomas W. Thrash, Jr.
> United States District Judge

Submitted by:

    /s/ James F. Neale
James F. Neale, Esquire
VSB No. 43060
McGUIREWOODS LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Charlottesville, Virginia 22902
(434) 977-2582; (434) 980-2263 (Facsimile)

*Defendant's Liaison Counsel*