IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA,
ATLANTA DIVISION

| | |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION ) ) ) ) | Civil Action No. 1:07-MD-1845 TWT **************** |
| **************** ) ROGER ARKO, ) ) Plaintiff, ) ) v. ) ) CONAGRA FOODS, INC., ) ) Defendant. ) ) | Civil Action No. 1:08-CV-03472-TWT |

**DECLARATION OF PETER KATONA, M.D., FACP
IN SUPPORT OF PLAINTIFF ROGER ARKO'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Peter Katona, M.D., FACP, hereby declare:

1.  The matters set forth within this declaration are based upon my own

478153.1

EXHIBIT 3

firsthand knowledge, and I could competently testify to these matters if I were called upon to do so.

2. I am a licensed Medical Doctor in the State of California and am Board Certified in Infectious Disease and Internal Medicine. I am a Clinical Professor at UCLA School of Medicine and I am the former Chairman of the Infection Control Committee and Hospital Epidemiologist at UCLA Medical Center.

3. Attached to this declaration as Exhibit A is a true and correct copy of my curriculum vitae for this Court's review that further sets forth my education, training, publications, experience, and qualifications.

4. As part of my retention in this matter, I have reviewed the expert witness reports of Dr. Charles Stratton, Dr. William Schaffner, Dr. Lee Riley, Carl C. Reynolds, and Malcolm S. McDonald. I have further reviewed the CDC's Morbidity and Mortality Weekly Report, dated June 1, 2007.

5. Additionally, I have reviewed the medical records of Plaintiff Roger Arko, in addition to his responses to Special Interrogatories, and Response to Plaintiff's Fact Sheet.

6. It is my opinion that it is more likely than not, based upon a reasonable degree of medical probability that Roger Arko's clinical condition is a

478153.1

"probable case" under Center for Disease Control Guidelines for a *salmonella* outbreak. It is more probable than not that Mr. Arko's clinical condition was clinically compatible and epidemiologically linked, pursuant to CDC guidelines, with illness caused by ConAgra's Great Value brand peanut butter. Mr. Arko's onset of symptoms was consistent with the generally accepted intubation period for *salmonella* exposure, and he further demonstrated clinically compatible symptoms, including fever, abdominal discomfort, nausea and vomiting.

7. Based upon my education, training, experience, document review, and work performed as part of my retention in this case, it is my professional opinion, based on valid and generally accepted epidemiological standards and theories, as well as the facts of this case, that it is more likely than not, based upon a reasonable degree of medical probability, that Roger Arko ingested Great Value peanut butter contaminated with the *Salmonella Tennessee* strain.

8. With respect to Mr. Arko's medical records that suggest a stool culture was negative for *salmonella* is unavailing. Stool cultures often result in false negative findings, meaning the test does not detect *salmonella* even though the patient has a *salmonella* infection. Thus, doctors cannot rule out a *salmonella* infection when an individual has provided a stool culture in which *salmonella* was not detected. Additionally, Mr. Arko was given a broad-spectrum intravenous

antibiotic upon his admittance to the hospital which can further act to mask the presence of bacterial growth of *salmonella* in a patient like him.

9. Additionally, negative cultures of blood, stool and/or urine are very common in cases of *salmonella* infection. Thus, in my professional opinion, it comes as no surprise that these cultures were negative in this instance.

I declare under penalty of perjury, the foregoing is true and correct.

Signed this 7th day of April, 2011 in Los Angeles, California.

                                        /s/ Peter Katona
                                        Peter Katona, M.D., FACP

# Peter Katona, MD, FACP, FIDSA
- **Associate Professor of Clinical Medicine**
**The David Geffen School of Medicine at UCLA**
- **Instructor, Louisiana State University**
**National Center for Biomedical Research and Training Academy of Counter-Terrorist Education (NCBRT)**
- **Physician Specialist, Los Angeles County Emergency Medical Services Agency**

◊ Areas of expertise:   Clinical Infectious Diseases & Internal Medicine
Epidemiology & Public Health
Medical Informatics & Biotechnology
Terrorism, Biological Weapons and Biowarfare
Medical Emergency Preparedness
Emporiatics

◊ Office address:   100 UCLA Medical Plaza
Suite 310
Los Angeles, California 90024

◊ Telephone:   (310) 208-1967 (Office)
(310) 440-0767 (COMMET)
(310) 788-4935 (emergency voice-mail)

◊ FAX:   (310) 208-2621 (office)
(310) 471-4923 (private)

◊ E-mails:   pkatona@ucla.edu
pkatona@mac.com
iddoc@gmail.com

◊ Infectious Disease Education UCLA Website:
http://www.medsch.ucla.edu/som/dept/id/default.htm

◊ COMMET (Center of Medical Multimedia Education & Technology)
Website:   http://www.commet.org


EXHIBIT A

1

## Summary of Education and Work Experience

- Professor of Clinical Medicine, David Geffen School of Medicine at UCLA     2011-present
- Associate Professor of Clinical Medicine, David Geffen School of Medicine at UCLA
      2003-2010
- Corporate Medical Director, Apria Healthcare     1996 present
- Director, STD Clinic, UCLA     1995-1998
- Assistant Professor of Clinical Medicine, UCLA School of Medicine     1990-2003
- Clinical Faculty, UCLA School of Medicine*     1987-present
- Private Practice, Los Angeles, California     1984-1994
- Infectious Disease Fellow, Emory University     1982-1984
- Internal Medicine Resident Emory University     1981-1982
- Preventive Medicine Resident, Centers for Disease Control and Prevention     1980-1981
- EIS Officer, Viral Diseases, Centers for Disease Control     1979-1981
- Internal Medicine Resident, Norwalk Hospital (Yale University)     1977-1979
- Medical School, University of Florida     1973-1977
- Undergraduate, Cornell University     1968-1972

*Office and clinical work has been UCLA-based since 1994

## Details of Education and Professional Experience

◊ 2003-present
Associate Professor of Clinical Medicine (Infectious Diseases), Department of Medicine, the David Geffen School of Medicine at UCLA. Taught a graduate class in the UCLA School of Public Affairs, Department of Public Policy, on Terrorism, Counter-terrorism and Weapons of Mass Destruction; now taught as an Honor's undergraduate class.

◊ 1993-2003
Assistant Professor of Clinical Medicine (Infectious Diseases), Department of Medicine, the David Geffen School of Medicine at UCLA.

◊ 1996-present
Corporate Medical Director, Apria Healthcare. Responsibilities have included supervising Disease State Management programs in HIV, COPD & Asthma, marketing, education, trouble-shooting, and technology issues; Chairman Apria Performance Improvement Committee; Member, HealthNet Utilization Management Oversight Committee for Home Care and HealthNet Quality Improvement Oversight Committee for Home care

◊ 1994-1996
Chairman, Infection Control Committee, UCLA Hospital

◊ 1994-1996
Director, Sexually-Transmitted Disease Center, UCLA School of Medicine

◊ 1984-1994
Private practice, Infectious Disease & Internal Medicine in the San Fernando Valley of Los Angeles; Chairman, Infection Control Committees, Member, Medical

2

      Executive Committee and Board of Trustees, Encino-Tarzana Regional Medical Center
- 1982-1984

  Infectious Disease Fellow, Emory University. Schedule included 14 months on the clinical consultation services at Grady Memorial, Crawford Long and Veteran's Administration Hospitals. Major research interest was AIDS, especially risk factors for the acquisition of AIDS; Worked at the Emory University Student & Faculty Health Clinic taking care of students, faculty, and staff emergencies during evenings and weekends.
- 1981-1982

  Senior assistant resident at Emory University. Schedule included 3 months on internal medicine wards, 6 weeks cardiology, 6 weeks clinical research, 6 weeks gastroenterology, 6 weeks pulmonary medicine, 6 weeks hematology/oncology, and 6 weeks neurology.
- 1979-1981

  Epidemic Intelligence Service (EIS) Officer, Viral Diseases Division, Centers for Disease Control (CDC). Responsibilities included coordinating national surveillance for Guillain-Barre' syndrome, poliomyelitis, and Reye syndrome; the investigation of epidemics of St. Louis encephalitis in Mississippi, Reye syndrome in Michigan, Eastern Equine encephalitis in Georgia, and unexplained bleeding in children in Kuwait; participation in the medical screening of Cuban refugees at Fort Chaffee, Arkansas; and extensive work on the seroprevalence of antibodies to African hemorrhagic viruses, including both epidemiological and laboratory work. Accepted into the Preventive Medicine Residency Program at CDC. Helped teach a course on physical diagnosis to Emory University medical students.
- 1977-1979

  Internal medicine internship and junior assistant residency at Norwalk Hospital, a Yale University affiliate. The internship year consisted of 2 months emergency room, 6 months internal medicine wards, 3 months intensive care, and 1 month psychiatry. The residency year consisted of 10 weeks intensive care, 10 weeks internal medicine wards, 6 weeks infectious diseases at the New Haven VA Hospital, and 6 weeks of neurology. One afternoon a week was spent at an indigent clinic. Member, Infection Control Committee. Voted outstanding intern of the 1979-1980 class.
- 1973-1977

  Medical school at Florida State University (first year) and the University of Florida combined program. Out-of-town electives included 2 months infectious disease at St. George's Hospital, London; 2 months at Holdsworth Memorial Hospital, Mysore, India; 1 month cardiology at Bowman-Gray University in North Carolina; 1 month medical out-patient clinic at the University of North Carolina, Chapel Hill, North Carolina; and 2 months of emergency room and orthopedics at McGill University, Montreal, Canada.
- 1968-1972

  Undergraduate at Cornell University. This included 2 years in the College of Engineering and 2 years in the College of Arts and Sciences. Graduated with a

major in government and a minor in mathematics. Vice-President of the Cornell University International Affairs Association; Member of the Varsity Ski Team.

### ***Publications***

1. Schonberger LB, Hurwitz ES, **Katona P** et al. Guillain-Barre syndrome: its epidemiology and association with influenza vaccine. Annals of Neurology 9(Supp):31-38, 1981.
2. **Katona P**, Jones TS. Operational Aspects of the Use of OPV in Developing Countries in Recent Advances in Immunization A Bibliographic Review. PAHO Scientific Publication #451, 1983. (Also published in Spanish)
3. **Katona P**. St. Louis encephalitis, Mississippi. Morbidity and Mortality Weekly Report 28:474-475, 1979.
4. **Katona P**. Imported poliomyelitis - Oregon. Morbidity and mortality Weekly Report 29:329-330, 1980.
5. Kaplan JE, **Katona P**, Hurwitz ES, Schonberger LB. Guillain-Barre syndrome in the United States, 1979-1980 and 1980-1981 - lack of an association with influenza vaccination. JAMA 248(6):698-700, 1982.
6. Moore M, **Katona P**, Kaplan JE, Schonberger LB, Hatch MH. Poliomyelitis in the United States, 1969-1981. J Infect Dis 146:558-63, 1982.
7. Kaplan JE, Schonberger LB, Hurwitz ES, and **Katona** P. Guillain-Barre syndrome in the United States, 1978-1981 - additional observations from the national surveillance system. Neurology (Cleveland) 33(5):633-7, 1983.
8. Smith GC, Francy DB, Compos EG, **Katona P** and Calisher CH. Correlation between human cases and antibody prevalence in house sparrows during a focal outbreak of St. Louis encephalitis in Mississippi, 1979. Mosquito News.
9. Hosford DA, **Katona P**, Hood RR and Rimland D. Soft tissue abscess caused by Torulopsis glabrata and Lactobacillus. South Med J1985;78(8):1017
10. **Katona P**, Weiner I Mycobacterium avium-complex infection of an Implanted Cardiac Defibrillator. American Heart Journal 124(5):1380-1381, 1992.
11. **Katona P**. The UCLA Interactive Multimedia AIDS Education Project. AIDS Link 3(3):5, July 1994.
12. **Katona P**. Herpes Simplex Virus Infection column in *The Westsider*, July 17, 1995.
13. **Katona P**. Editor, AIDS/HIV Reference Guide for Medical Professionals, 4th edition. Chapter on HIV and Infection Control, published on behalf of the Center for Interdisciplinary Research in Immunologic Diseases, 1997.
14. **Katona P**. Medical Informatics and its Impact on Infectious Diseases. Infectious Disease in Clinical Practice 2000; 9:99-111.
15. **Katona P**. Bioterrorism: How serious is the threat? UCLA Today Magazine, p.7, February 13, 2001.
16. **Katona P**. Bioterrorism Preparedness: A generic blueprint for health departments, hospitals and physicians. Infectious Disease in Clinical Practice, 2002;11(3):115-122.
17. **Katona P**. Iraq and bioweapons: When will evidence be enough? Editorial, UCLA Today, April 8, 2003.

4

18. **Katona P**. The History of Bioterror and Biowarfare. Business Briefing: Global Healthcare Issue 3, the official publication of the World Medical Association (WMA) & the official publication of the 53rd WMA General Assembly. ISBN 1-903150-53-1.
19. **Katona P**. Middle School Health Grade 6 Textbook. Chapter 10, Controlling Disease, for Holt, Rinehart and Winston, 2002.
20. **Katona P**. Middle School Health Grade 7 Textbook. Chapter 14, Infectious Diseases, for Holt, Rinehart and Winston, 2002.
21. **Katona P**. Middle School Health Grade 8 Textbook. Chapter 17, Infectious Diseases, for Holt, Rinehart and Winston, 2002.
22. **Katona P**. Bioterrorism Preparedness: Practical Considerations for the Hospital and the Physician. Infections in Medicine. 2004;21(9):427-432.
23. **Katona P**. Bioterrorism Preparedness: Practical Considerations for the Hospital and the Physician. Drug Benefit Trends. 2004;16(11):559-563.
24. **Katona P**. Book Notes review of The Bioterrorism Sourcebook. Annals of Internal Medicine. 2007:147(11):819
25. The Terrorism Studies Program Global Perspectives Office, University of Central Florida and The Global Connections Foundation White Paper: A Global Assessment of Terrorism: Perspectives from Current and Future Leaders on Policy, Doctrine, and Operational Implications, Orlando, Fla, Sept 11, 2006.
26. **Katona P** and Apte J. The Interaction Between Nutrition and Infection. Clinical Infectious Diseases 2008; 46:1582–8.
27. Southwick F, **Katona P**, Kauffman C, Monroe S, Pirofski L, del Rio C, Gallis H. and Dismukes W. Commentary: IDSA Guidelines for Improving the Teaching of Preclinical Medical Microbiology and Infectious Diseases. Academic Medicine, 85:19-22, No. 1 / January 2010
28. Katona P. Is Our Health Care System a Homeland Security Liability? Huffington Post, February 27, 2010. http://www.huffingtonpost.com/peter-katona/is-our-health-care-system_b_479394.html

*__Poster Sessions and abstracts__*
1. **Katona P**, Bregman D. An interactive multimedia approach to HIV education. Poster session at the UCLA AIDS Institute Symposium: Social and Behavioral Studies in HIV/AIDS. November 4, 1993.
2. Cella CM, **Katona P**. Precautions in Caring for Patients with Severe Multiple Chemical Sensitivity, A Case Report. Abstract, Respiratory Care Open Forum 2001.
3. Cella CM, **Katona P**. Respiratory Delivery Devices for Use in Patients with Severe Multiple Chemical Sensitivity, A Case Report. Abstract, Respiratory Care Open Forum 2001.

*__Books, papers and chapters published, currently pending or accepted for publication__*
1. **Katona P**. Is the Medical World Moving to Hand-held Technology? for publication in Infectious Disease in Clinical Practice.
2. **Katona P**. The History of Bioterrorism and Biowarfare, Terrorism: Essays for an Informed Public, produced jointly by the MIPT and the Terrorism Research Center, to be edited by renowned terrorism experts Brian Jenkins, John P. Sullivan, Neal

5

Pollard, and Matt Devost of the Terrorism Research Center, and Brian Houghton, Research Director of the MIPT.
3. N. Arnas. Fighting Chance. Global Trends and Shocks in the National Security Environment. **Katona P.** Chapter on Healthcare. Published by the Center for Technology and National Security Policy of the National Defense University, Potomic Books, 2009
4. **Katona P.** The history of Terrorism chapter in *Countering Terrorism and WMD*
5. **Katona P.** The history of bioterrorism chapter in *Global Biosecurity*
6. **Katona P.** Emerging Infections chapter in *Global Biosecurity*
7. **Katona P.** The Vulnerability of Our Health Care System (pending)

## *Books*
1. **Katona P.** Intriligator M and Sullivan JP, Countering Terrorism and WMD: Creating a Global Anti-Terrorism Network, Taylor and Francis, London, September 2006.
2. **Katona P.** Intriligator M and Sullivan JP. Global Biosecurity: Threats and Responses, Taylor and Francis, London, January 2010.
3. **Katona P.** Healthcare Vulnerabilities to Catastrophic Events *(in preparation)*

Featured in Florida Physician magazine, Winter 2008 in story titled "Anthrax, Duct Tape and WMDs. Dr Peter Katona Examines the Global Risk of Bioterrorism. http://floridaphysician.med.ufl.edu/

## *Major Presentations*
1. Infection control management of African hemorrhagic fevers. Presented at the 5th Annual Infection Control Symposium for Physicians, *University of Virginia* School of Medicine, Charlottesville, Virginia, 1979.
2. Guillain-Barre syndrome following influenza vaccination. Presented at the *Surgeon General's Meeting* on Influenza, Washington, D.C., 1980.
3. Guillain-Barre syndrome following influenza vaccination, 1979-1980. Presented at the 29th Annual *EIS Conference*, Centers for Disease Control, Atlanta Georgia, 1980.
4. Poliomyelitis, going, going... Presented at the *Johns Hopkins University* School of Public Health, Baltimore, Maryland, 1980.
5. Reye syndrome in Michigan, 1979 and 1980. Presented at the 108th American *Public Health Association* Annual Meeting, Detroit, Michigan, 1980.
6. An interactive multimedia approach to HIV education. Presented to Christine Gebbie, *President Clinton's AIDS Policy Coordinator* at the UCLA AIDS Institute, October 27, 1993.
7. Update on New Antibiotics presented at the 14th Annual Infectious Disease Symposium, April 16, 1994, Sacramento, California.
8. Fever: Friend of Foe, presented at the 14th Annual Infectious Disease Symposium, April 16, 1994, Sacramento, California.
9. The Future of Infection Control, presented at the First Annual UCLA Infection Control Symposium, November 2, 1994.

10. Interactive Multimedia in Infection Control Education, presented at the UCLA Medical Waste Management Symposium, March 10, 1995.
11. The Western Approach to Infectious Diseases, presented at the ***International Conference on Integrative East-West Medicine*** '96, February 15, 1996.
12. New Technology and the Infectious Disease Physician. Presented at the 1997 **California Infectious Disease Association** Fall Symposium, October 4, 1997.
13. Inpatient vs. Outpatient Antibiotic Therapy. Presented at the 50th Anniversary Postgraduate Assembly, St John's Hospital, Santa Monica, California, September 12, 1998.
14. Illness and Sports Injuries in Adolescents. Presented for Sports Run LA, Ventura, California, August 29, 2000.
15. The Medical Perspective of the Events of September 11. Presented at the ***American Medical Association*** (AMA) 2001 Interim Meeting, San Francisco, December 4, 2001.
16. Introduction to Biological Warfare: A Historical Perspective. & Viral Agents of Bioterrorism: Ebola, Smallpox and More. Presented at the UCLA Conference on Bioterrorism Preparedness: What Practitioners Need to Know. February 23, 2002.
17. Bioterrorism: Past History and Prospective Futures. Presented to the UCLA Burkle Center for International Relations, March 13, 2002
18. The History of Biological Terrorism and biowarfare. Presented at the ***International College of Surgeons*** Annual Meeting, June 22, 2002
19. Biological Terrorism Past, Present and Future. Presented at ***Cornell University***, 2003, 2004 and 2005
20. All Hazards/All Partners Preparedness Workshop: Practical Considerations for the Hospital, Infection Control Practitioner and ID Specialist. Presented at the annual ***Infectious Diseases Society of America*** Meeting, San Diego, October 9, 2003
21. Biological Terrorism. Terrorism Research Center Annual Meeting, Washington, DC, October 3, 2003
22. Biological Weapons: Threat and Response. Presented at the 52nd annual ***Defense Orientation Conference*** (DOCA) Meeting, Washington, D.C.,October 31, 2003
23. Biological Weapons: Threat and Response. Presented to the ***Stuttgart Chamber of Commerce, and the US military's European Command***, Stuttgart, Germany, July 8, 2204
24. From Prions to Gaia: A Global Perspective on Disease & Society. Presented at ***Dartmouth College School of Engineering***, March 31, 2005
25. Infectious Disease Threats as Security Concerns in the Next 15 Years in Africa presented to the EUCOM general command, Germany, May 26, 2005
26. Maternal and Child Malnutrition: The Role of Infection. Presented at the ***2nd Annual Regional Ministerial Consultation on Maternal and Child Nutrition in Asian Countries***, Jakarta, Indonesia, September 21, 2005
27. The Economics of Terrorism. Moderator, Milken Institute Forum, Santa Monica, California, November 10, 2005 (panelists included Alvin Toffler)
28. Panelist, The Economics of Terrorism, Milken Institute Global Conference, April 24, 2006
29. Bugs, Disasters and Terrorism: New Rules for the 21st Century; presented at the National Headmasters Association Annual meeting, Boston, Massachusetts, the

7

    LSU NCBRT Annual meeting, Baton Rouge Louisiana, and the Marshall Center, Gamish, Germany, 2006
30. Moderator, Panel on Terrorism, Milken Global Conference, Beverly Hills, CA, April 27, 2009
31. The Current Swine Flu Pandemic, presented at the Annual Pri-Med meeting, Anaheim, CA, May 9, 2009
32. H1N1 Swine Flu presented at the Annual ASIS Meeting's Roundtable, September 22, 2009
33. Influenza: What happened, what could have happened, and what would have happened if all hell broke loose. Annual Brown Lecture, Harvard-Westlake School, April 19, 2010
34. Is there an ethical mandate to prepare for a cataclysmic medical disaster? Los Angeles County Sheriff's Department European American Sheriff's Advisory Council Holiday Luncheon 2010 Member Meeting with European Consular Corps Sheriff's Department Headquarters, December 6, 2010

Numerous presentations on biological terrorism and other infectious disease issues since 1999 nationally at local hospitals, universities (Cornell, LSU, USC, Cal Tech, Dartmouth, University of Virginia, University of Texas), and trade organizations; and internationally in Israel (1999, 2004), Australia (2002), England (2003) Thailand (2003), Germany (2004, 2005, 2006), South Africa (2004), and Indonesia (2005).

### *Meetings Organized*
1. Organizer, Program Chairman and speaker on the History of Bioterrorism and Biowarfare and Concluding Remarks, at Biowarfare and Bioterrorism: A Symposium on a Comprehensive Multinational Perspective, held in Los Angeles, May 29-30, 2002. Speakers included Ken Alibek, Bill Patrick and Alvin Toffler. The conference was covered by CNN, KABC, Copley News Service and Voice of America).
2. Program Director and speaker, The First UCLA Infection Control Symposium, Bel-Air Hotel, Los Angeles, November 2, 1994.
3. Organizer, moderator and speaker at the LA County Sheriff's Department's Terrorism Early Warning Group (TEW) international conference: Terrorism, Global Security and the Law, held at Rand Corporation, Santa Monica, June 1-2, 2005, October 19-20, 2006 and May 8-9, 2008.
4. Master of Ceremonies. Institute on Global Conflict and Cooperation meeting. The Anthrax Mailings Investigation. November 29, 2010, Washington DC and live simulcast to Los Angeles

### *Presentations made into webcasts*
1. UCLA Bioterrorism Conference http://www.webcast.ucla.edu/Webcast/School_of_Med/CME/Bioterrorism/index.html and http://www.oid.ucla.edu/Webcast/School_of_Med/CME/Bioterrorism/program_bod

y.html. <u>Introduction to Biological Warfare: A Historical Overview</u> and <u>Viral Agents of Bioterrorism: Ebola, Smallpox, and More</u>
2. Speech at Long Beach Memorial Hospital on Bioterrorism
   http://www.intelemedia.tv/Prod/kat/kat_files/default.htm#profile=0
3. Speech at Encino-Hospital Regional Medical Center on Bioterrorism
   http://www.tarzanameded.com/video.asp?VidID=aftermath
4. The Medical Perspective of the Events of September 11. Presented at the American Medical Association (AMA) 2001 Interim Meeting, San Francisco, December 4, 2001.
5. Moderator for the FEMA funded Incident Command training module done at Dartmouth (http://iml.dartmouth.edu/education/pcpt/vmimi/mms/)

### *Journal Reviewer for:*
- Journal of the American Medical Association (JAMA)
- American Journal of Epidemiology
- The Journal of Respiratory Disease
- Doody Publishing
- Annals of Internal Medicine
- Western Journal of Medicine
- Journal of Medical Microbiology
- Anaerobe

### *Language skills:*
- Hungarian (spoken only)
- French (minimal)

### *Licensure:*
- Georgia (inactive)
- California

### *Professional Associations:*
- Fellow, American College of Physicians (ACP)
- Fellow, Infections Diseases Society of America (IDSA)
- Member, American College of Epidemiology (ACE)
- Member, HIVMA (HIV Medical Association)
- Member, Infectious Disease Association of California (IDAC)
- Member, Pacific Council
- Former Member, Society for Healthcare Epidemiology of America (SHEA)
- Former Member, American Society of Tropical Medicine and Hygiene (ASTMH)

### *Hospital Staff Privileges:*
- UCLA Center for Health Sciences
- Saint John's Hospital
- Santa Monica/UCLA Medical Center
- Kindred (Vencor) Hospital

9

◊ Daniel Freeman Marina Hospital
◊ Encino-Tarzana Regional Medical Center (honorary staff)

### *Board Certifications:*
◊ Board Certified, Internal Medicine (1983)
◊ Board Certified, Infectious Disease (1984)

### *Community Service*
◊ Member, Board of Directors, and Camp Physician, Camp Erutan, a non-profit summer camp for disadvantaged inner-city Foster care children in Los Osos, California
◊ Executive Producer: <u>Smart Sex: How to Protect Yourself in the Age of AIDS</u>, <u>Teens Talk: How to Protect Yourself in the Age of AIDS</u>, <u>Adherence Will Change Your Life</u> (a video on AIDS therapy compliance), and <u>Infection Control in Home Care 2000</u> (a video on infection control practices in the home care setting)
◊ Founder & President, Center of Medical Multimedia Education Technology (COMMET), a non-profit organization established to develop interactive multimedia and other technologies to teach the public and health care workers about infectious disease issues
◊ President, Brentwood Science Magnet Elementary School Booster Club (1992-3)
◊ Volunteer work in private and public elementary, middle and high schools, & non-profit foundations, teaching about AIDS, STD's, adolescent health and sex education
◊ Member, Board of Advisors, Emergency Response Corps Planning Board for Brentwood, California, and principal organizer for the counter- terrorism component.

### *Advisory Boards*
◊ Member, Los Angeles County Department of Health Services CDC Bioterrorism Advisory Committee for Public Health Preparedness and Response
◊ Member, HASC (Hospital Association of Southern California) Advisory Committee on Hospital Preparedness for Los Angeles County
◊ Member, National and Global Public Health Committee, and former member Bioemergencies Task Force, Curriculum, and Education Committees, Infectious Diseases Society of America (IDSA)
◊ Member, Injectable Advisory Committee, HealthNet
◊ Member, Medical Advisory Board, Men's Fitness Magazine
◊ Member, Advisory Board, <u>Total Sex: Men's Fitness Magazine's Complete Guide to Everything Men Need to Know and Want to Know About Sex</u>, Harper Perennial, 1999
◊ Member, Medical Advisory Board, The Caregiver's Project (Belson-Hanwright)
◊ Member, Los Angeles County Homeland Security Advisory Council (HSAC)
◊ Consultant and former member, FDA Anti-Infective Drugs Advisory Committee
◊ Member, Organizing committee, the UCLA Marschak Colloquium on the applications of mathematics and statistics in the Behavioral Sciences

◊ Member, Pacific Council on International Policy's National Security Taskforce with collaboration on the Southern California Health Care Systems Security Project

### *Media activities*

◊ ***Television*** appearances as an infectious disease expert on ABC World News Tonight, NBC, CBS, ABC, FOX, KCAL, KCOP, KTLA, CHANNEL ONE, EXTRA, MSNBC (Brian Williams), Today in LA Weekend & News Conference (NBC), Today Show (NBC), spoofed on Comedy Central's The Daily Show with Jon Stewart
◊ ***Radio*** guest on KKLA 99.5 FM (Duffy and Company), KLAC 570 AM (Leslie Marshall & Neil Sevedra), KPSK 90.7 FM (Pacifica News Network), KQED Public Radio 88.5 FM, KRLA 870 AM (Hugh Hewitt), KMPC 1540 AM (Paxton Quigley), KNX 1070 AM, and National Public Radio (NPR) 89.9 FM and 89.3 FM
◊ ***Newspaper and Magazine***: Quoted in the Los Angeles Times, US News and World Report, Medical Waste News, Muscle and Fitness Magazine, Shape Magazine, Health Magazine, Men's Fitness Magazine, UCLA's Vital Signs, UCLA's Daily Bruin, San Jose Mercury News, Beverly Hills Courier, the Los Angeles Daily News, Straits Times (Singapore), and People Magazine.

### *Other Activities*

◊ Lieutenant Commander, Reserves, Commissioned Corps, United States Public Health Service, 1981 to 2010 (when program was stopped)
◊ Co-founder, Center for Infectious Disease, a private out-patient referral center for Infectious Disease and Travel Medicine in Encino, California
◊ Former Member, National Speaker's Panel (SmithKline Beecham); Faculty of Infectious Disease Challenges in Primary Care (Abbott Laboratories); Visiting Faculty & National Speaker (Bristol-Myers Squibb); Speaker's Panel (Merck)
◊ Principal Investigator, HIV Education Project for adolescents – A multimedia interactive computer program individualizing HIV risk that has received a $30,000 seed grant from the UCLA AIDS Institute, a $2,000 grant from Health Infusion, a $100,000 grant from the Annenberg Center at USC, $10,000 from Bristol-Myers Squibb, $6,000 from Aventist and $16,500 from Merck. The project has been featured on Fox Channel 11 News and has been presented to President Clinton's former AIDS Policy coordinator, Kristine Gebbie. Two videos entitled "<u>Smart Sex: How to Protect Yourself in the Age of AIDS</u>" and "<u>Teens Talk: How to Protect Yourself in the Age of AIDS</u>" have been completed from the project and digitized versions of these videos will be incorporated into the computer program.
◊ Los Angeles County Department of Health Services bioterrorism-related activities:
  o Member, Los Angeles County Task Force on Preparedness for Bioterrorism
  o Member, Los Angeles County Department of Health Services Advisory Panel on Biologic Terrorism convened by the LA County Board of Supervisors
  o Former consultant to the Los Angeles County Department of Health Services on the development of an information management system, the Health Alert Network (HAN), for biologic terrorism preparedness under a CDC grant

- o  Member, Los Angeles County Department of Health Services CDC Bioterrorism Advisory Committee for Public Health Preparedness and Response
- o  Member, HASC (Hospital Association of Southern California) and Emergency Medical Services Taskforce on Hospital Preparedness
◊ Testified before the California State Assembly Committee on Environmental Safety and Toxic Materials on bioterrorism, November 27,2001
◊ Adjunct Member, Los Angeles County Sheriff's Department's Terrorism Early Warning (TEW) Group
◊ Reviewer for the National Board of Medical Examiners on the USMLE (US Medical Licensing Examination) on bioterror content
◊ Member, California Bioterror Preparedness Committee
◊ Co-founder, Biological Threat Mitigation, LLC, a biopreparedness consulting firm.
◊ University of California bioterrorism-related activities:
  - o  Principal Investigator, NIH grant application submitted 1/15/03 for: The Regional Centers of Excellence in Biodefense and Emerging Infectious Diseases initiative - Nanotechnology for Biothreat and Emerging Bioagent Detection. (grant was denied by NIH)
  - o  Co-Principal Investigator, The future Role of Russia in Global Politics and International Security – Phase One: The Future of Russia in the War on Bioterrorism, a joint project of the Burkle Center for International Relations at UCLA; Stanford University; Harvard University; UC Berkeley and ECAAR (Economists Allied for Arms Reduction)
  - o  Moderator, Surveillance and Information Systems Session, meeting of the University of California President's Office (UCOP) on Bioterrorism, Oakland, California, June 11, 2002.
  - o  Member, University of California President's Office (UCOP) Taskforce on Bioterrorism; and Principal Investigator, UCLA activities in UC proposal for a regional bioterrorism Center of Excellence.
  - o  Member, UCLA Taskforce on Bioterrorism Preparedness
◊ Instructor, Louisiana State University's National Center for Biomedical Research and Training / Academy of Counter-Terrorist \Education (NCBRT) and member of the NCBRT Internal Bio-Advisory Council and Curriculum Development Committee
◊ Member, Los Angeles County (Sheriff's Department) Homeland Security Advisory Council (HSAC)
◊ Member, FBI Tactical Medical Program CT-7 Critical Incident Response Squad; and attended the FBI Citizen's Academy 2006
◊ Faculty Advisor, UCLA Model United Nations, 2010-present


◊ ***Other Interests:***
◊ Sports (skiing, tennis, basketball)
◊ Carpentry and construction
◊ Travel (especially to the 3rd World)

12

- ◊ Computer technology, medical informatics, especially interactive multimedia education, and nanotechnology
- ◊ International affairs and public policy