UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1845<br>1:07-MD-1845-TWT |
| MR. DAVID BAUMGARTNER, et al.,<br>                    Plaintiff,<br>vs.<br>CONAGRA FOODS, INC.,<br>                    Defendant. | CIVIL ACTION FILE<br>NO. 1:11-cv-569-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 30th day of August, 2013.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                        By:  s/D.Richardson
                                               Deputy Clerk